SHAW, Justice.
We have for review Washington v. State, 658 So.2d 538 (Fla. 4th DCA 1995), wherein the district court certified conflict with Bell v. State, 624 So.2d 821 (Fla. 2d DCA 1993), review denied, 634 So.2d 622 (Fla.1994). We have jurisdiction. Art. V, § 3(b)(4), Fla. Const.
Our decision in State v. Wilson, 658 So.2d 521 (Fla.1995), is dispositive of this case. We quash Washington and remand for proceedings consistent with Wilson.
It is so ordered.
GRIMES, C.J., and OVERTON, KOGAN, HARDING, WELLS and ANSTEAD, JJ., concur.